UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES

V.  CRIMINAL NO. 3:14CR41 DPJ-FKB

NIKI ANTOINETTE RIVERS  DEFENDANT

ORDER

This matter is before the Court on two motions filed by Defendant Niki Rivers: Motion for Leave to File Exhibit to Motion to Produce Government's Response and Counsel's Reply to Presentence Report [192] and Motion to Produce Government's Response and Counsel's Reply to Presentence Report [193].

In essence, Defendant seeks production of any objection the Government may have filed related to Co-Defendant Timothy Benjamin Taylor's pre-sentence investigative report ("PSR") in this case. The Court has spoken with the parties and understands that the Government will not file a response in opposition to the motion because it filed no objections to the PSR. That statement is confirmed by the PSR addendum the United States Probation Officer previously provided to the Court.

Accordingly, there are no documents to produce, and the motion [193] is denied as moot. Given this result, the motion to file under seal [192] is likewise denied. That said, the Court notes that the entire PSR and addendum will be filed under seal after Taylor's sentencing, so the excerpt Defendant wishes to file under seal will be preserved in the record.

**SO ORDERED AND ADJUDGED** this the 3th day of November, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE